IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-96-BO-KS

NORTH CAROLINA        )
        )
        Plaintiff,        )
        )
v.        )        O R D E R
        )
DAWN LYNETTE MANGUM        )
        )
        Defendant.        )

This *pro se* cause comes before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Kimberly Swank. [DE 7]. The M&R recommends defendant's notice of removal be stricken for lack of subject matter jurisdiction, defendant's application to proceed *in forma pauperis* be denied as moot, and the matter be remanded to the North Carolina General Court of Justice, Wake County Superior Court Division. [DE 7] 3. No party has filed an objection to the M&R, and the time for doing so has expired.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On

clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The Court has reviewed the M&R for clear error and finds none. Accordingly, the M&R [DE 7] is ADOPTED in full. Defendant Dawn Lynette Mangum's notice of removal [DE 1] is STRICKEN and the matter is REMANDED to the North Carolina General Court of Justice, Wake County Superior Court. Defendant's application to proceed *in forma pauperis* [DE 3] is DISMISSED as MOOT. The Clerk is DIRECTED to close the case.

SO ORDERED, this 3 day of April, 2026.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2